**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE #13-12139 |
| **Michael Rhett Daniel** | * | **Chapter 7** |
|     Debtors/Movants | * | **W. HOMER DRAKE, JR., JUDGE** |
| v. | * | |
| | * | |
| **Certus Bank NA** | * | |
|     Creditor/Respondent | * | |

**NOTICE OF ASSIGNMENT OF HEARING**

PLEASE TAKE NOTICE that the above Debtor has filed a Motion to Lien Strip as to Second Mortgage as Unsecured and related papers with the Court seeking an order stripping your lien.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the ***Motion to Strip Second Mortgage as Unsecured***, in the above styled case and ***shall be held before the undersigned in Second Floor Courtroom, United States Courthouse, 18 Greenville Street, Newnan, Georgia, at 10:10 a.m, on October 11, 2013***.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including two addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk of Court, U.S. Bankruptcy Court, P.O Box 2328, 18 Greenville St., Newnan, GA 30264. You must also mail a copy of your response to the undersigned at the address stated below.

This __29th__ day of August, 2013.

                                                                                 /s/_____
                                                                                John T. Dufour
                                                                                Attorney for Debtors

527 Newnan Street
Carrollton, Georgia 30117
(770) 832-0295
Georgia State Bar No. 232140

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE #13-12139 |
| Michael Rhett Daniel | * | Chapter 7 |
|     Debtors/Movants | * | W. HOMER DRAKE, JR., JUDGE |
| v. | * | |
| | * | |
| Certus Bank NA | * | |
|     Creditor/Respondent | * | |

### MOTION TO STRIP SECOND MORTGAGE AS UNSECURED

COMES NOW the above named debtor, by and through their attorney at law, and files this *Motion to Strip Second Mortgage as Unsecured*, Pursuant to 11 U.S.C. Sections 506(a) and (d), and Fed.R.Bankr.P. 3012 and 9014 to treat the junior security interest and/or lien held by creditor/respondent, showing the court as follows:

1.

This case was commenced by the Debtor with the filing of a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on August 27, 2013.

2.

Debtor lives in her primary residence located at 177 Edge Wood Drive, Carrollton, GA 30116, which has an approximate fair market value of $97,130.00 according to the Carroll County Board of Tax Assessors. (See Exhibit A, as attached)

3.

The Debtor's interest in the residence is subject to a first lien arising out of a mortgage in favor of Wells Fargo Home Mortgage in the present approximate value of $108,365.00.

4.

The Debtor's interest in the residence is subject to a second lien arising out of a mortgage in favor of Certus Bank NA in the present approximate value of $51,488.00.

5.

The lien securing the second mortgage of Certus Bank NA is junior to the first mortgage above as owing to Wells Fargo Home Mortgage.

6.

The Debtor asserts that there is no equity in his home; therefore the Respondent has no secured interest in the loan secured by the second mortgage on his residence.

WHEREFORE, the Debtor respectfully prays of the Court as follows:

A. That this Court determine that the Respondent has no secured interest for the loan secured by the second mortgage on the residential real estate of the Debtors;

B. That this Court order the Respondents to cancel the second mortgage lien on the residential real estate of the debtors pursuant to 11 U.S.C. Section 506(d), immediately upon the entry of the Discharge Order and deliver of the same to

the attorney for the Debtor within 20 days from the date of the entry of said order at no charge or fee for the aforesaid cancellation and delivery;

C. That the Debtor have such other and further relief as to the Court may deem just and proper.

This __29th__ day of August, 2013.

Respectfully submitted:

/s/ _____
John T. Dufour

VanPelt & Dufour
527 Newnan Street
Carrollton, Georgia 30117
(770) 832-0295
Georgia State Bar No. 232140

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE #13-12139 |
| **Michael Rhett Daniel** | * | **Chapter 7** |
|     Debtors/Movants | * | W. HOMER DRAKE, JR., JUDGE |
| v. | * | |
| | * | |
| **Certus Bank NA** | * | |
|     Creditor/Respondent | * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing Motion to Strip Second Mortgage as Unsecured to the following by placing same in the United States Mail with sufficient postage attached thereto to insure delivery:

Theo Davis Mann
Mann & Wooldridge
Chapter 7 Trustee
28 Jackson Street
P.O.Box 310
Newnan, GA 30264-0310

**VIA CERTIFIED MAIL**
Certus Bank NA
c/o Walter Davis, CEO
201 Riverplace, Suite 500
Greenville, SC 29601

Certus Bank NA
6602 Calhoun Memorial Hwy.
Easley, SC 29640

This __29th__ day of August, 2013.

/s/
John T. Dufour

527 Newnan Street
Carrollton, Georgia 30117
(770) 832-0295
Georgia State Bar No. 232140



# Carroll County Georgia
## Board of Tax Assessors

Office of the Tax Assessor
Carroll County Georgia
P O Box 338
Carrollton, GA 30112
Phone: (770) 830-5812
Fax: (770) 830-5810

Recent Sales in Neighborhood | Recent Sales in Area | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search Page | Carroll Home

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | DANIEL MICHAEL | Today's Date | August 29, 2013 |
| Mailing Address | 177 EDGEWOOD DR | Parcel Number | 111 0089 |
| | CARROLLTON, GA 30116 | Tax District | COUNTY (District 02) |
| Location Address | 177 EDGEWOOD DR | 2012 Millage Rate | 28.20 |
| Legal Description | HSE/LT 19E, N1/2 LT18 & BK LT CHAPEL HGTS | Acres | 1.03 |
| Property Class(NOTE: Not Zoning Info) | R3-Residential | Neighborhood | EDGEWOOD DR |
| | | Homestead Exemption | Yes (S1) |
| Landlot/District | 253/5 | Parcel Map | Show Parcel Map |
| Water | Public | Sewer | Septic Tank |
| Electric | | Gas | Pipe Gas |
| Topography | Level | Drainage | Good |
| Road Class | County | Parcel Road Access | Paved |
| Map/Tile | CD022903 | Special | |

## Current Value Information

| Land Value | Improvement Value | Accessory Value | Total Value | Previous Value |
|---|---|---|---|---|
| $ 16,500 | $ 80,630 | $ 0 | $ 97,130 | $ 97,130 |

## Land Information

| Type | Description | Calculation Method | Number of Lots | Photo |
|---|---|---|---|---|
| RES | CHAPEL HGT SM M-111 | Lot | 1 | NA |

## Improvement Information

| Style | Heated Sq Ft | Interior Walls | Exterior Walls | Attic Area Sq Ft | Basement Area Sq Ft | Year Built | Photo |
|---|---|---|---|---|---|---|---|
| One Story | 1,484 | Sheetrock | Comp. Bd. Or Asbestos | 0 | 1113 sqft Unfinished | 1991 | Building Images |
| Roof Type | Flooring Type | Heating Type | Rooms Bedrooms/Bathrooms | Value | Cond | Number Fire Pl | Sketch |
| Asphalt Shingles | Carpet/Tile | Central Heat/AC | 6/3/2.0 | $ 80,630 | Average | 1 | Sketch Building 1 |

## Accessory Information

| Description | Year Built | Dimensions/Units | Value |
|---|---|---|---|
| No accessory information associated with this parcel. | | | |

## Sale Information

| Sale Date | Deed Book | Plat Page | Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 09-11-1996 | 942 395 | 28 210 | $ 0 | Legal | DANIEL (DIVORCE) | DANIEL MICHAEL |
| 04-01-1993 | 786 162 | 7 53 | $ 0 | Not Fair Market | DANEIL | DANIEL (DIVORCE) |
| 10-13-1989 | 642 149 | 7 53 | $ 8,000 | Fair Market Sale | LEWIS RONNIE & PHYLLIS | DANEIL MICHAEL & KIM |



A

05-01-1989  628-219   $ 0   Not Fair Market   LEWIS RONNIE & PHYLLIS

## Permit Information

| Permit Date | Permit Number | Type | Description |
|---|---|---|---|

No permit information associated with this parcel.

**Recent Sales in Neighborhood** | **Previous Parcel** | **Next Parcel** | **Field Definitions** | **Return to Main Search Page** | **Carroll Home**
**Recent Sales in Area**

The Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assesment information is from the last certified taxroll. All data is subject to change before the next certified taxroll. Website Updated: August 23, 2013

© 2005 by the County of Carroll, GA | Website design by qpublic.net